UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RO-MA HOLDINGS #2, LLC,

    Plaintiff,

vs.

Case No.. 1:20-cv-20252

SCOTTSDALE INSURANCE COMPANY,

    Defendant
_____/

## JOINT INTERIM STATUS REPORT

Plaintiff, RO-MA HOLDINGS #2, LLC, and Defendant, SCOTTSDALE INSURANCE COMPANY, through undersigned counsel, and pursuant to the Court's Order Setting Trial and Pre-trial Schedule [D.E. 07], hereby file this Joint Interim Status Report and state as follows:

1. Have all the defendants been served? If not, state the reason.

   **Yes.**

2. Have all Defendants responded to the complaint? If not, state the reason.

   **Yes.**

3. If this is a class action, has a motion for class certification been filed? If so, what is its status?

   **Not applicable.**

4. Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date and time for mediation?

   **The parties have agreed to use John Salmon. The parties are working together to schedule the mediation in accordance with the Court's Scheduling Order.**

5. Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

Case No. 1:20-cv-20252

**The parties have discussed the case and a potential settlement, but both parties have decided to proceed with depositions and other discovery before presenting a demand or offer, as there are facts which require clarification for both parties.**

6. Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.

**Plaintiff has provided responses to Defendant's initial Discovery requests. The deposition of SIC's corporate representative is scheduled for May 19, 2020. The depositions of Plaintiff's corporate representative and Plaintiff's loss consultant are scheduled for June 5, 2020.**

7. Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.

**Scheduling matters and completing various discovery requests, inspections and other matters may be delayed due to impacts from the COVID-19 pandemic.**

Respectfully and joint submitted on May 18, 2020 by:

*Annette Del Aguila*
Anthony M. Lopez, Esq.
Annette Del Aguila, Esq.
Marin, Eljaiek, Lopez & Martinez, P.L.
2601 S. Bayshore Dr., 18th Floor
eservice@mellawyers.com
Counsel for Plaintiff

*Sean W. Rolland*
Sean W. Rolland, Esquire
Florida Bar No. 112151
Joseph V. Manzo, Esquire
Florida Bar No. 52309
srolland@hinshawlaw.com
jmanzo@hinshawlaw.com
lleon@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Counsel for Defendant