United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ro-Ma Holdings #2, LLC, Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 20-20252-Civ-Scola ) |
| Scottsdale Insurance Company, Defendant. | ) ) |

**<u>Notice of Striking Docket Entry 10</u>**

    Pursuant to the Clerk's Notice to Filer, Docket Entry 11, notice is hereby given of striking Docket Entry 10.

Respectfully submitted,
Dated: August 8, 2020

_/s/_ _Annette del Aguila
Annette del Aguila, Esq.
Florida Bar No.: 40546
Email: ada@mellawyers.com
Marin, Eljaiek, Lopez & Martinez, P.L.
2601 South Bayshore Drive
18th Floor
Coconut Grove, FL 33133
Telephone: (305) 444-5969
Facsimile: (305) 444-1939
Attorney for Plaintiff