UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RO-MA HOLDINGS #2, LLC.,

    Plaintiff,

vs.                                          Case No. 1:20cv20252

SCOTTSDALE INSURANCE COMPANY,

    Defendant

_____/

## AMENDED NOTICE OF REMOVAL

The Defendant, Scottsdale Insurance Company ("SIC"), pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, and in response to this Court's Order Requiring Amended Notice of Removal [DE 20], Removes the above-captioned action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to this Court, and as grounds states:

    **I.**    **THE STATE COURT ACTION**

1. On or about November 26, 2019, the Plaintiffs, RO-MA HOLDINGS #2, LLC. ("Plaintiffs") filed this insurance coverage case against SIC in circuit court in the Eleventh Judicial Circuit in Miami-Dade County, Florida, Case No. 2019-034767-CA-01 (the "State Court Action"). In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders filed in the State Court Action are attached hereto as Composite Exhibit "A".

2. At all material times, including at the time the case was filed and at the time of removal, Plaintiffs have been organized under the laws of Florida, their principal places of business have been located in Miami, Florida. Plaintiffs are therefore citizens of Florida.

3. At all material times, including at the time the case was filed and at the time of removal, SIC has been an Ohio corporation with its principal place of business is located in Scottsdale, Arizona. SIC is therefore a citizen of Ohio and Arizona. SIC is a surplus lines insurer which issues policies in Florida under Florida's Surplus Lines Law, Fla. Stat. §§ 626.913-626.937.

4. Margarita Rodriguez is the only member of Ro-Ma Holdings #2, LLC listed on the 2019 Florida Limited Liability Company Annual Report filed April 24, 2019 and the only member listed on the annual report, filed April 20, 2018. Margarita Rodriguez's address is listed as 2482 SW 137th Avenue, Miami, FL 33175. Margarita Rodriguez is a citizen of Florida and the only member of Ro-Ma Holdings #2, LLC. Copies of the Annual Reports are attached hereto as Exhibit "B".

5. Therefore, because SIC is a citizen of Ohio and Arizona, and the only member of Ro-Ma Holdings #2, LLC is a citizen of Florida, complete diversity has been established, and this case remains within this Court's jurisdiction

6. On January 6, 2020, SIC was served with Plaintiffs' Complaint in the State Court Action. SIC first received the Complaint when it was served with it.

7. The Complaint filed in the State Court Action seeks monetary damages in excess of $15,000. *See* A.

8. The Plaintiff's suit claims a damage estimate amount in controversy well in excess of $75,000. A copy of Plaintiffs' estimate is attached hereto as Exhibit "C".

1027531\304978455.v1

## II.     STANDARD OF REVIEW

9. Removal is appropriate upon a showing that there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest, costs, and attorney's fees. 28 U.S.C. § 1332.

10. Where removal is sought on the basis of jurisdiction conferred by 28 U.S.C. §1332, the amount in controversy is the sum demanded in the initial pleading, except where the state practice permits recovery of damages in excess of the amount demanded. 28 U.S.C. § 1446 (c)(2)(A).

11. Where the state practice either does not permit or demand for a specific sum or permits recovery of damages in excess of the amount demanded in the initial pleading, removal is proper where the Court finds, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.000, exclusive of interest and costs. 28 U.S.C. § 1446 (c)(2)(B). That is the case here based upon Plaintiffs' estimate.

12. The notice of removal shall be filed within 30 days after the defendant receives an initial pleading. 28 U.S.C. § 1446 (b).

## III.     THIS NOTICE OF REMOVAL IS TIMELY AND PROPER

13. SIC is a citizen of Ohio and Arizona. Plaintiffs are citizens of Florida. There is complete diversity of citizenship, and has been at all times from the date the Complaint was filed through the present date. By filing this Notice of Removal, SIC consents to the removal of this case from state to federal court.

14. Where a complaint alleges that damages exceed a Florida circuit court's jurisdictional minimum of $15,000, removal is appropriate upon a showing by a preponderance of the evidence that the amount in controversy exceeds $75,000, exclusive of interest and costs.

*See generally Village Square Condominim of Orlando, Inc. v. Nationwide Mut. Fire Ins. Co*. 2009 U.S. Dist. LEXIS 115564 (M.D. Fla. Dec. 10, 2009).

15. Plaintiffs served an estimate of property damage in the sum of $98,835.87. Therefore, the damages exceed $75,000 exclusive of interest and costs.

16. This Notice of Removal is filed within 30 days of January 6, 2020, and is therefore timely. 28 U.S.C. §1446(c).

17. As the Notice of Removal was filed within thirty days and involves a controversy in excess of $75,000 between citizens of different states, removal is proper.

18. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will be promptly served on Plaintiffs' counsel, and a Notice of Removal is simultaneously being filed with the Clerk of the Circuit Court in and for Dade County, Florida

Respectfully submitted,

HINSHAW & CULBERTSON LLP

 **/s/ Sean W. Rolland**
Ronald L. Kammer, Esquire
Florida Bar No. 360589
rkammer@hinshawlaw.com
dphangsang@hinshawlaw.com
Sean W. Rolland, Esquire
Florida Bar No. 112151
srolland@hinshawlaw.com
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Counsel for Defendant Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

> *s/ Sean W. Rolland*
> Ronald L. Kammer, Esquire
> Florida Bar No. 360589
> rkammer@hinshawlaw.com
> dphangsang@hinshawlaw.com
> Sean W. Rolland, Esquire
> Florida Bar No. 112151
> srolland@hinshawlaw.com
> 2525 Ponce de Leon Blvd, 4th Floor
> Coral Gables, FL 33134
> Telephone: 305-358-7747
> Facsimile: 305-577-1063
> *Counsel for Defendant Scottsdale Insurance Company*